**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Civil Action No. 12-CV-01431-PAB-DLW**

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

**v.**

**PEARSON EDUCATION, INC.,**
**and JOHN DOES 1 through 10,**

**Defendants.**

_____

**ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [Doc. #40]**
_____

The Parties Joint Motion to Modify Scheduling Order was referred to the Magistrate Judge by Judge Philip A. Brimmer on March 7, 2013, and after review;

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order [Doc. #40] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated September 25, 2012 [Doc. #31] is modified as follows:

- The Discovery Cut-Off date is modified from March 15, 2013 to May 31, 2013.
- The deadline for Dispositive Motions is modified from May 1, 2013 to June 28, 2013.
- The deadline for the Final Pretrial Order will be July 26, 2013.
- The date for the Final Pretrial Conference is modified from May 15, 2013 at 10:00 a.m. to August 2, 2013 at 2:30 p.m.

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: March 11, 2013**

              <u>**s/David L. West**       </u>

              **United States Magistrate Judge**