# Exhibit I

**Wolfgang Kaehler Photography**
13641 NE 42nd Street
Bellevue, WA 98005 USA
Phone: 425-881-6581
Fax: 425-861-8161
Web: www.wkaehlerphoto.com
Tax ID: 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

**INVOICE 005625**

1/29/2010

**To:**
PEARSON EDUCATION IRC *
One Lake Street
Upper Saddle River, NJ 07458 U.S.A.
Attn: Fran Toepfer, Image Permission Coordinator

**Description:**
Title: Cultural Anthropology in a Globalizing World + Powerpoints + Ebooks  Author: Miller  Edition:2
Usage: text   ISBN: 0205776981   Copyright: 2010
Language: 1   Distribution: North America
Circulation: up to 40,000
Prices as per prefered vendor agreement

| | Image # | Caption/Description | Amount |
|---|---|---|---|
| | 60038534 | PANAMA, SAN BLAS ISLANDS, ACUATUPU ISLAND, KUNA INDIAN WOMAN WITH MOLAS (APPLIQUED GARMENTS) *one photo reused* | $82.50 |
| | | **Total** | **$82.50** |

**Comment**
IMAGE(S) ARE NOT LICENSED UNTIL PAYMENT IS RECEIVED. THIS INVOICE LICENSE UNLESS OTHERWISE SPECIFIED: NON-EXCLUSIVE ONE-TIME REPRODUCTION RIGHTS. TWO COPIES OF PUBLICATION ARE REQUESTED.

Please make check payable to:

WOLFGANG KAEHLER PHOTOGRAPHY

13641 NE 42nd Street

Bellevue, WA  98005, USA

Payment due upon receipt. 1.5% service charge per month on unpaid balance after thirty days. Attorney fees and collection costs to the prevailing party if a collection action of any sort becomes necessary.

Thank you!

Powered by Picturian

Viesti v Pearson II

001446

**Wolfgang Kaehler Photography**
13641 NE 42nd Street
Bellevue, WA 98005 USA
Phone: 425-881-6581
Fax: 425-861-8161
Web: www.wkaehlerphoto.com
Tax ID: 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

2/22/2010

**INVOICE 005633**

To:
Pearson IL*
1900 East Lake Avenue
Glenview, IL 60025 U.S.A.
Attn: Candi McDowell, Permissions

Description:
Elementary Social Studies 2011 (ESS), Permission Work Order Number PR44244, Publication Date 201, Distribution North America, Language English, Print and Electronic Circulation 100,000, Term 10 years

| | Image # | Caption/Description | Amount |
|---|---|---|---|
| | 00026888 | USA, WASHINGTON, HEATHER MEADOWS, MT. SHUKSAN (NO.CASCADES NATIONAL PARK) REFLECTED IN LAKE<br>*one photo reuse 1/4 page* | $225.00 |
| | 00098295 | USA, IDAHO, SANDPOINT, PEND OREILLE LAKE, BEACH<br>*one photo reuse 1/2 page* | $225.00 |
| | 00026888 | USA, WASHINGTON, HEATHER MEADOWS, MT. SHUKSAN (NO.CASCADES NATIONAL PARK) REFLECTED IN LAKE<br>*one photo reuse 1/4 page* | $225.00 |
| | | Total | $675.00 |

**Comment**

IMAGE(S) ARE NOT LICENSED UNTIL PAYMENT IS RECEIVED. THIS INVOICE LICENSE UNLESS OTHERWISE SPECIFIED: NON-EXCLUSIVE ONE-TIME REPRODUCTION RIGHTS. TWO COPIES OF PUBLICATION ARE REQUESTED.

Please make check payable to:
WOLFGANG KAEHLER PHOTOGRAPHY
13641 NE 42nd Street
Bellevue, WA 98005, USA

Payment due upon receipt. 1.5% service charge per month on unpaid balance after thirty days. Attorney fees and collection costs to the prevailing party if a collection action of any sort becomes necessary.

Thank you!

Powered by Picturian

**Wolfgang Kaehler Photography**
13641 NE 42nd Street
Bellevue, WA 98005 USA
Phone: 425-881-6581
Fax: 425-861-8161
Web: www.wkaehlerphoto.com
Tax ID: 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

4/20/2010

**INVOICE 005652**

To:
Pearson IL*
1900 East Lake Avenue
Glenview, IL 60025 U.S.A.
Attn: Lydia Evans, Image Permissions Editor

Description:
HS Earth Science, Permission Work Order # PR45574, Publication Date 2011, Distribution U.S. & up to 10% World, Language English & Spanish, Print Circulation 500,000 including Electronic rights, Term 10 yrs.

| | Image # | Caption/Description | Amount |
|---|---|---|---|
| | 20013125 | ANTARCTIC PENINSULA AREA, DENSE PACK ICE<br>*Reuse (New Edition) 1/4 pg* | $203.13 |
| | 00060919 | USA, WASHINGTON, SPIDER WEB WITH DEW DROPS, PHLOX FLOWER IN BACKGROUND<br>*Reuse (New Edition) 1/42pg* | $203.13 |
| | 40040934 | ICELAND, NEAR REYKJAVIK, CRATER<br>*Reuse (New Edition) 1/4 pg* | $203.13 |
| | 00018175 | USA, WASHINGTON, MT. RAINIER NATIONAL PARK, COMET FALLS<br>*Reuse (New Edition) 1/4 pg* | $203.13 |
| | 10044719 | NAMIBIA, NAMIB-NAUKLUFT PARK, SOSSUSVLEI, SAND DUNE WITH RIPPLES<br>*Reuse (New Edition) full pg* | $203.13 |
| | | Total | $1,015.65 |

**Comment**

IMAGE(S) ARE NOT LICENSED UNTIL PAYMENT IS RECEIVED. THIS INVOICE LICENSE UNLESS OTHERWISE SPECIFIED: NON-EXCLUSIVE ONE-TIME REPRODUCTION RIGHTS. TWO COPIES OF PUBLICATION ARE REQUESTED.

Please make check payable to:
WOLFGANG KAEHLER PHOTOGRAPHY

13641 NE 42nd Street

Bellevue, WA 98005, USA

Payment due upon receipt. 1.5% service charge per month on unpaid balance after thirty days. Attorney fees and collection costs to the prevailing party if a collection action of any sort becomes necessary.

Thank you!

**Wolfgang Kaehler Photography**
**13641 NE 42nd Street**
**Bellevue, WA 98005 USA**
**Phone: 425-881-6581**
**Fax: 425-861-8161**
**Web: www.wkaehlerphoto.com**
**Tax ID: 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**

5/17/2010

## INVOICE 005658

To:
Pearson IL*
1900 East Lake Avenue
Glenview, IL 60025 U.S.A.
Attn: Lydia Evans, Image Permissions Editor

Description:
World Geography 2010, Permission Work Order Number PR45878, Publication Date 2010, Distribution US & Up to 10% World, Language English, Print Qty/End Users 300,000: Print/Electronic/Broadcast, Term 10 Years

| | Image # | Caption/Description | Amount |
|---|---|---|---|
| | 10004151 | MALI, DJENNE, STREET SCENE CHILDREN GETTING WATER FROM WELL<br>*one photo inside, reuse* | $121.88 |
| | 10050232 | MOROCCO, NEAR MARRAKECH, ATLAS MOUNTAINS, OURIKA VALLEY, MARKET, DONKEY PARKING LOT<br>*one photo inside, reuse* | $121.88 |
| | 10002993 | SENEGAL, DAKAR, ART MARKET WITH IVORY CARVINGS<br>*one photo inside, reuse* | $121.88 |
| | 30011240 | NORTHERN INDIA, RAJASTHAN, JAISALMER, CITY IN GREAT INDIAN (THAR) DESERT, OLD CITY WALLS<br>*one photo inside, reuse* | $121.88 |
| | 30050175 | INDIA, BANDHAVGARH NATIONAL PARK, ASIAN ELEPHANTS<br>*one photo inside, reuse* | $121.88 |
| | 30011660 | INDIA, COWS AT RAILROAD TRACK WITH TRAIN APPROACHING<br>*one photo inside, reuse* | $121.88 |

| | 40037962 | AUSTRIA, VIENNA, GRABEN, STREET SCENE<br>*one photo inside, reuse* | $121.88 |
|---|---|---|---|
| | 40040934 | ICELAND, NEAR REYKJAVIK, CRATER<br>*one photo inside, reuse* | $121.88 |
| | 40017094 | GREECE, CRETE, NEAR KRITSA, LOCAL MAN WITH GOATS<br>*one photo inside, reuse* | $121.88 |
| | 00018175 | USA, WASHINGTON, MT. RAINIER NATIONAL PARK, COMET FALLS<br>*one photo inside, reuse* | $121.88 |
| | 10044719 | NAMIBIA, NAMIB-NAUKLUFT PARK, SOSSUSVLEI, SAND DUNE WITH RIPPLES<br>*one photo inside, reuse* | $121.88 |
| | | Total | $1,340.68 |

**Comment**

IMAGE(S) ARE NOT LICENSED UNTIL PAYMENT IS RECEIVED. ANY IMAGE CAN'T BE PUBLISHED BEFORE THE INVOICE IS PAID IN FULL. THIS INVOICE LICENSE UNLESS OTHERWISE SPECIFIED: NON-EXCLUSIVE ONE-TIME REPRODUCTION RIGHTS. TWO COPIES OF PUBLICATION ARE REQUESTED.

Please make check payable to:

WOLFGANG KAEHLER PHOTOGRAPHY

13641 NE 42nd Street

Bellevue, WA 98005, USA

Payment due upon receipt. 1.5% service charge per month on unpaid balance after thirty days. Attorney fees and collection costs to the prevailing party if a collection action of any sort becomes necessary.

Thank you!

**Wolfgang Kaehler Photography**
13641 NE 42nd Street
Bellevue, WA 98005 USA
Phone: 425-881-6581
Fax: 425-861-8161
Web: www.wkaehlerphoto.com
Tax ID: 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

5/25/2010

## INVOICE 005663

**To:**
PEARSON EDUCATION - NJ *
One Lake Street
Upper Saddle River, NJ 07458
Attn: Elaine Soares, Research & Permissions

**Description:**
Author : Wright - Boorse, Environmental Science: Toward a Sustainable Future and Instructors Resources and Media, Edition : 11, ISBN : 0321598709 Copyright : 2011, Languages : One Language, Circulation : Up to 200,000, Distribution Regions : U.S. Extended, Print w/Electronic, see rights below

| | Image # | Caption/Description | Amount |
|---|---|---|---|
| | 10063683 | NAMIBIA, NEAR SWAKOPMUND, NAMIB DESERT, TOURIST PHOTOGRAPHING NAMAQUA CHAMELEON<br>one photo 1/4 page | $292.50 |
| | | **Total** | **$292.50** |

**Comment**

U.S. English language reproduction rights with the right to distribute over 10% and not more than 30% of this U.S. imprint edition abroad. For this limited extension of rights we will pay an additional 25% of your base rate, unless otherwise indicated in a contract.

IMAGE(S) ARE NOT LICENSED UNTIL PAYMENT IS RECEIVED. ANY IMAGE CAN'T BE PUBLISHED BEFORE THE INVOICE IS PAID IN FULL. THIS INVOICE LICENSE UNLESS OTHERWISE SPECIFIED: NON-EXCLUSIVE ONE-TIME REPRODUCTION RIGHTS. TWO COPIES OF PUBLICATION ARE REQUESTED.

Please make check payable to:
WOLFGANG KAEHLER PHOTOGRAPHY
13641 NE 42nd Street
Bellevue, WA 98005, USA

Payment due upon receipt. 1.5% service charge per month on unpaid balance after thirty days. Attorney fees and collection costs to the prevailing party if a collection action of any sort becomes necessary. Thank you!

Viesti v Pearson II

Powered by Picturian
001454