### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Civil Action No. 12-CV-01431-PAB-DLW**

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

**v.**

**PEARSON EDUCATION, INC.,**
**and JOHN DOES 1 through 10,**

**Defendants.**

___

## A M E N D E D

### ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #115]
___

The Joint Motion to Modify Scheduling Order was referred to the Magistrate Judge by Judge Philip A. Brimmer on August 22, 2013, and

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Scheduling Order [Doc. #115] is **GRANTED** as follows:

- The deadline for the Final Pretrial Order is modified from September 17, 2013 to 30 days after service of Orders resolving the following pending motions: Defendant's Motion for Summary Judgment [Doc. #52], Defendant's [Second] Motion for Summary Judgment [Doc. #81]; and Plaintiff's Motion for Partial Summary Judgment [Doc. #82].

- The date for the Final Pretrial Conference is modified from September 24, 2013 at 2:30 p.m. to **November 5, 2013 at 3:30 p.m.** before the Magistrate Judge in Durango, Colorado.

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: September 9, 2013**

                                         **s/David L. West**
                                         **United States Magistrate Judge**