# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 12-cv-01431-PAB-DW

VIESTI ASSOCIATES, INC.

    Plaintiff,

v.

PEARSON EDUCATION, INC.,
and JOHN DOES 1 through 10

    Defendants.

---

ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #136]

---

This matter comes before the Court on the Parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED.**

**IT IS FURTHER ORDERED** that the Scheduling Order dated September 9, 2013 (Docket No. 121) is modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- The date for the Final Pretrial Conference is modified from November 5, 2013 to January 28, 2014 at 3:00 p.m. before the Magistrate Judge in Durango, Colorado

Dated: 10/30 , 2013

                            BY THE COURT:

                            s/David L. West
                            United States Magistrate Judge
                            David L. West