# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Civil Action No. 12-CV-01431-PAB-DW**

**VIESTI ASSOCIATES, INC.**

**Plaintiff,**

**v.**

**PEARSON EDUCATION, INC.,**

**Defendants.**

_____

### ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #145]
_____

The Joint Motion to Modify Scheduling Order was referred to the Magistrate Judge by Judge Philip A. Brimmer on January 21, 2014 and

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Scheduling Order [Doc. #145] is **GRANTED** as follows:

- The date for the Final Pretrial Conference is modified from January 28, 2014 at 3:00 p.m. to April 10, 2014 at 4:00 p.m.
- 

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: January 24, 2014.**

                                               **BY THE COURT:**

                                               **s/David L. West**
                                               **United States Magistrate Judge**