**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01431-PAB-DW

VIESTI ASSOCIATED, INC.,

    Plaintiff,

v.

PEARSON EDUCATION, INC., and
JOHN DOE PRINTERS 1-10,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 154] of U.S. District Judge Philip A. Brimmer entered on March 19, 2014, it is

**ORDERED** that defendant's Motion for Summary Judgment [Docket No. 52 (public entry Docket No. 53)] is **GRANTED**.  It is further

**ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff.  It is further

**ORDERED** that defendant PEARSON EDUCATION, INC. is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is dismissed.

Dated at Denver, Colorado this 21st day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk